**FILED**
CLERK, U.S. DISTRICT COURT

08/20/2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___JBB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KENTRELL GAULDEN,<br>　　aka "YoungBoy Never Broke<br>　　　　Again,"<br>　　aka "NBA YoungBoy,"<br>　　aka "Youngboy,"<br>　　aka "YB,"<br>　　aka "Top,"<br><br>　　　　Defendant. | CR 2:21-cr-00392-RGK-1<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

　　On or about March 22, 2021, in Los Angeles County, within the Central District of California, defendant KENTRELL GAULDEN, also known as ("aka") "YoungBoy Never Broke Again," aka "NBA YoungBoy," aka "Youngboy," aka "YB," aka "Top," knowingly possessed a firearm, namely, an FN, model FNX-45, .45 ACP caliber pistol, bearing serial number FX3U140732, and ammunition, namely, 12 rounds of Hornady .45 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant GAULDEN possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Aggravated Assault with a Firearm, in violation of Louisiana Revised Statutes Section 14:37.4, in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Case Number 01-17-0361, on or about August 22, 2017.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

    i. one FN, model FNX-45, .45 ACP caliber pistol, bearing serial number FX3U140732; and

    ii. twelve rounds of Hornady, .45 caliber pistol ammunition.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

1 been placed beyond the jurisdiction of the court; (d) has been
2 substantially diminished in value; or (e) has been commingled with
3 other property that cannot be divided without difficulty.

                                             A TRUE BILL

                                                 /S/
                                             ─────────────────
                                             Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes
Section

SARAH E. GERDES
Assistant United States Attorney
General Crimes Section