TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RAJESH R. SRINIVASAN (Cal. Bar No. 310510)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7416 / 5748
    Facsimile: (213) 894-6269
    E-mail:   rajesh.srinivasan@usdoj.gov
                amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KENTRELL GAULDEN,<br><br>        Defendant. | No. 2:21-cr-00392-RGK<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**  06-28-22<br>**PROPOSED TRIAL DATE:**  07-12-22 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Rajesh R. Srinivasan and Amanda B. Elbogen, and defendant Kentrell Gaulden ("defendant"), both individually and by and through his counsel of record, James P. Manasseh, hereby stipulate as follows:

    1.    The Indictment in this case was filed on August 20, 2021. Defendant first appeared before a judicial officer of the court in

which the charges in this case were pending on December 17, 2021. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before February 25, 2022.

    2. On December 17, 2021, the Court set a trial date of February 8, 2022, at 9:00 a.m.

    3. Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately three to four days.

    4. The Court previously continued the trial date in this case from February 8, 2022, to May 24, 2022, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act. The Court then continued trial from May 24, 2022, to June 28, 2022, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

    5. On June 22, 2022, the Court continued the trial date from June 28, 2022, to July 12, 2022. The Court further ordered counsel to meet and confer regarding any excludable-time issues and file a stipulation, if necessary, by June 27, 2022.

    6. In accordance with the Court's order, the parties stipulate to commencing trial on trial July 12, 2022.

    7. The parties believe the following factors demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

        a. Defendant is charged with a violation of 18 U.S.C. § 922(g)(1): felon in possession of a firearm and ammunition. The government has produced discovery to the defense, including 1,922 Bates-numbered pages or files, which include agent reports, photos, vehicle information, criminal history reports, approximately 90

gigabytes of videos, and approximately 19 gigabytes of jail calls estimated to consist of more than 1,000 hours of audio. On June 14, 2022, pursuant to a request by defendant and defendant's expert witness, the government produced documents received from Verizon Wireless, including a spreadsheet containing over 8,700 lines of data, that the defendant's expert witness will need to review. The government has also continued producing interview reports from witness-preparation sessions and any other newly acquired documents.

       b.    The government does not object to the continuance.

       c.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorneys for the government to obtain available witnesses.

8.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of June 28, 2022 to July 12, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court, on the basis of the Court's finding that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

//
//
//

9. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: June 27, 2022         Respectfully submitted,

                             TRACY L. WILKISON
                             United States Attorney

                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division


                             /s/ Rajesh R. Srinivasan
                             RAJESH R. SRINIVASAN
                             AMANDA B. ELBOGEN
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

I am Kentrell Gaulden's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than July 12, 2022, is an informed and voluntary one.

_____        6/28/22
JAMES P. MANASSEH                Date
Attorney for Defendant
Kentrell Gaulden

4

1  I have read this stipulation and have carefully discussed it
2  with my attorney. I understand my Speedy Trial rights.  I voluntarily
3  agree to the continuance of the trial date, and give up my right to
4  be brought to trial earlier than July 12, 2022.  I understand that I
5  will be ordered to appear in Courtroom 850 of the Roybal Federal
6  Building and U.S. Courthouse, 255 East Temple Street, Los Angeles,
7  California 90012 on July 12, 2022.

**Kentrell gaulden**                                     June 28, 2022
KENTRELL GAULDEN                                         Date
Defendant

Signature: _____
Kentrell gaulden (Jun 28, 2022 13:45 MDT)

Email: lovekj6038@icloud.com