STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
RAJESH R. SRINIVASAN (Cal. Bar No. 310510)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7416/5748
    Facsimile: (213) 894-6269
    Email:    amanda.elbogen@usdoj.gov
              rajesh.srinivasan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>KENTRELL GAULDEN,<br>  aka "YoungBoy Never Broke<br>      Again,"<br>  aka "NBA YoungBoy,"<br>  aka "Youngboy,"<br>  aka "YB,"<br>  aka "Top,"<br><br>      Defendant. | No. CR 21-392-RGK<br><br>JOINT STATEMENT OF THE CASE<br><br>Trial:     July 12, 2022<br>Time:     9:00 a.m.<br>Location: Courtroom of the<br>          Hon. R. Gary<br>          Klausner |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Amanda B. Elbogen and Rajesh R. Srinivasan, and defendant KENTRELL GAULDEN, by and through his counsel of record, James P. Manasseh, W. Robert Gill, Ian F. Hipwell, Andre R. Belanger, Andrew R. Flier, and Tanner C. Woods,

hereby submit their Joint Statement of the Case.

Dated: July 8, 2022

Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


/s/
RAJESH R. SRINIVASAN
AMANDA B. ELBOGEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 8, 2022

*/s/ André Bélanger*

JAMES P. MANASSEH
W. ROBERT GILL
IAN F. HIPWELL
ANDRE R. BELANGER
ANDREW R. FLIER
TANNER C. WOODS

Attorneys for Defendant
KENTRELL GAULDEN

2

**JOINT STATEMENT OF THE CASE**

The government has charged defendant Kentrell Gaulden, also known as ("aka") "YoungBoy Never Broke Again," aka "NBA YoungBoy," aka "Youngboy," aka "YB," aka "Top," with being a felon in possession of a firearm and/or ammunition, in violation of 18 U.S.C. § 922(g)(1).

The government alleges that, on or about March 22, 2021, in Tarzana, California, Mr. Gaulden knowingly possessed a .45 caliber pistol (an FN Model bearing serial number FX 3U140732), and 12 rounds of .45 caliber ammunition. The government further alleges that, at the time of the offense, Mr. Gaulden had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year. The government finally alleges that the firearm and ammunition in Mr. Gaulden's possession had been shipped or transported from one state to another.

Mr. Gaulden admits that on March 22, 2021, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year. Mr. Gaulden admits that the firearm and ammunition referenced in the indictment had been shipped or transported from one state to another. However, Mr. Gaulden denies possessing either the .45 caliber pistol (an FN Model bearing serial number FX 3U140732) or the 12 rounds of .45 caliber ammunition, and pleaded not guilty to the charge.