## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KENTRELL D. GAULDEN | NO. 21-392-RGK |

### MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF CERTAIN "OTHER CRIMES EVIDENCE" WHICH MAY BE OFFERED BY THE GOVERNMENT

NOW INTO COURT come the defendant, Kentrell Gaulden, through undersigned counsel, who file this Motion in Limine seeking to exclude "other acts" evidence the Government seeks to introduce at trial. As discussed more fully in the incorporated memorandum, the Government's use of other acts evidence will create jury confusion and whatever probative value it has is substantially outweighed by its prejudicial effect.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

/s/ James P. Manasseh
JAMES P. MANASSEH
Louisiana Bar No. 19022
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)
Email: jimmy@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

/s/ Ian F. Hipwell
IAN F. HIPWELL
Louisiana Bar No. 06947
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)
Email : ian@manassehandgill.com

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** | **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** |
| /s/ André Bélanger<br>ANDRÉ BÉLANGER<br>Louisiana Bar No. 26797<br>Attorney for Defendant<br>8075 Jefferson Highway<br>Baton Rouge, LA 70809<br>(225) 383-9703 (Telephone)<br>(225) 383-9704 (Facsimile)<br>Email: andre@manassehandgill.com | /s/ Tanner C. Woods<br>TANNER C. WOODS<br>Louisiana Bar No. 37376<br>Attorney for Defendant<br>8075 Jefferson Highway<br>Baton Rouge, LA 70809<br>(225) 383-9703<br>(225) 383-9704<br>Email: tanner@manassehandgill.com |
| Respectfully Submitted: | Respectfully Submitted: |
| **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** | **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** |
| /s/ Yigal Bander<br>YIGAL BANDER<br>Louisiana Bar No. 24953<br>Attorney for Defendant<br>8075 Jefferson Highway<br>Baton Rouge, LA  70809<br>(225) 383-9703 (Telephone)<br>(225) 383-9704 (Facsimile)<br>Email: yigal@manassehandgill.com | /s/ W. Robert Gill<br>W. ROBERT GILL<br>Louisiana Bar No. 20557<br>Attorney for Defendant<br>8075 Jefferson Highway<br>Baton Rouge, LA 70809<br>(225) 383-9703 (Telephone)<br>(225) 383-9704 (Facsimile)<br>Email: robby@manassehandgill.com |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

VERSUS

KENTRELL D. GAULDEN

CRIMINAL ACTION

NO. 21-392-RGK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Motion in Limine to Prohibit Certain "Other Crimes Evidence" with the Clerk of Court by using the CM/ECF, which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 8th day of July, 2022.

s/ James P. Manasseh
JAMES P. MANASSEH