**LIFE SUPPORT**

Lil Top, Top, Top (who that is?)
Top, said I'm Top, Top (YoungBoy, whatever you wanna call me)
Comme des Garçons, she say she like on me
Flyer then a jet, baby, flyer than an eagle (brr, brr)
Can I take you out tonight? Go get somethin' to eat
Sit and I'll tell you like, things you don't know 'bout me
I'm like, "Bae, my grandma died, I was at a sleepover"
I'm like, "Bae, I could have died that night, my whip had flipped over"
Young man take pride, remember ridin' and takin' my grams to chemo
Now I got grams like I'm Frank Matthews, jewelry weigh at least a kilo
Now I'm back to you, every time that I'm in it like a pool, she be wet inside
Tryna hit it like I want, but then I don't 'cause I be too high
Feel it's best if I let you decide, 'cause this, I don't wanna jeopardize
Come lay me down every day I'm tired
Fuck these hoes 'cause they be tellin' lies
Now I need a blueprint, is you all in? (All, all)
I just gotta know, gotta know
Drugs got my mind clickin'
On my Kawasaki, tryna do a heel clicker
Down and out, got me feeling suicidal, oh
Air Force 1, they're custom-made (custom-made)
I'ma pull up, 30 thousand dollar Balmain jeans (Balmain jeans)
Pull up with that blicky and it's tucked just like 'em beams
Damn, she don't like no dogs, but hangin' wit' a snake
Told her, "Motherfuck the blogs, just do what Top say"
Is it real, is it fake? I don't know, I can't tell
I'm just hopin' time worth it, I'm just hopin' we don't fail
I'm just tryna hold on, looks disguised, can't prevail
Insecure, feel like I ain't worth ya, not enough for none of them
Ooh-ooh, do you hear me calling? Right now, full of indo
30 minutes later, probably be outside your window
Throwin' rocks until you turn your light on and say, "Go home"
Don't know what the fuck is goin' on, were you expectin' me to go?
Fuck it, let me pack my clothes, right back to that murder zone
Fuck, I miss my granddad home, shouldn't have came up off the porch
Feel that I'm gon' die out here, all alone and by myself
Alive, got breath on life support
Alive, got breath on life support
I said all my pain keep me goin', your love keep me calm
They gon' take it once they pull the cord
I call that life on life support (ooh)
They don't respect me no more, they don't love me no more
They ain't feelin' my songs, take my kids during the storm
They all gone, they done took my life support
I'm with the gang, on the block, in the trenches
I take you shoppin', alone up in Lenox
Take you to Shyne and flood your pendant
And spend straight dimes like fuck them pennies
She's a hypnotizin' demon-lover, so satanic
I say black, now I take that rock from metal
Demonic, so dynamic
Straight from the block, on that bitch in a foreign, I'ma swerve
I ain't worried, I won't panic


DEFENDANT'S EXHIBIT
P

Yeah, I was born and made it out, so here, I should lay down
A girl to make me settle down, but I can't
I drop you off at mom's house
While me and my cousins try to take rank, bust brains
Catch one lack, hop out, take aim
God forbid if them niggas shoot back, and luckily just hit my brain
If I don't go in, Lord, please have mercy, know that she gon' go insane
Mistreat a nigga, leave me, then they act like I'm the one to blame
Alive, got breath on life support
Alive, got breath on life support
I said all my pain keep me goin', your love keep me calm
They gon' take it once they pull the cord
I call that life on life support
They don't respect me no more, they don't love me no more
They ain't feelin' my songs, take my kids during the storm
They all gone, they done took my life support