STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
RAJESH R. SRINIVASAN (Cal. Bar No. 310510)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5748/7416
    Facsimile: (213) 894-6269
    E-mail:   amanda.elbogen@usdoj.gov
                rajesh.srinivasan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>KENTRELL GAULDEN,<br><br>      Defendant. | No. 2:21-cr-00392-RGK<br><br>STIPULATION OF FACTS<br><br>Trial Date: July 12, 2022<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the Hon. R. Gary Klausner |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Amanda B. Elbogen and Rajesh R. Srinivasan, and defendant KENTRELL GAULDEN ("defendant"), both individually and by and through his counsel of record, James P. Manasseh, Andre Belanger, Tanner Woods, and Andrew Flier, hereby agree and stipulate to the following facts, which the parties further agree and stipulate may be entered into evidence at trial and read to the jury at any time for any purpose, unless otherwise ordered by the Court:

**DEFENDANT'S FELONY STATUS AND ARREST WARRANT**

1. At the time of the offense alleged in the Indictment, that is, March 22, 2021, defendant Kentrell Gaulden had previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year.

2. At the time of the offense alleged in the Indictment, that is, March 22, 2021, defendant Kentrell Gaulden knew that he had previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year.

3. On March 10, 2021, the United States District Court for the Middle District of Louisiana issued an arrest warrant for defendant Kentrell Gaulden on an unrelated charge.

**FIREARM AND AMMUNITION AFFECTED INTERSTATE COMMERCE**

4. The FN model FNX-45, .45 ACP caliber pistol bearing serial number FX3U140732 was manufactured in South Carolina and therefore necessarily was transported from one state to another to be found in California, and its possession in California affected interstate commerce.

5. The 12 rounds of Hornady .45 caliber ammunition were manufactured in Nebraska and therefore necessarily were transported from one state to another to be found in California, and their possession in California affected interstate commerce.

**EXPERT TESTIMONY**

6. Forensic Examiner Jessica Van Dyke of the Federal Bureau of Investigation is qualified as an expert in the field of DNA Analysis.

7. Forensic Examiner Icel Kuznetsova of the Federal Bureau of Investigation is qualified as an expert in the field of latent print examinations.

8. Special Agent Kevin Allred of the Bureau of Alcohol, Tobacco, Firearms and Explosives is qualified as an expert in the field of firearms, ballistics, and tool-mark identification.

**AUTHENTICITY OF EXHIBITS**

9. All documents, photographs, video, audio, physical objects, and other exhibits introduced at trial are authentic.

Dated:   7/11/22

Respectfully submitted,

STEPHANIE S CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/ Amanda Elbogen
AMANDA B. ELBOGEN
RAJESH R. SRINIVASAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated:   7/11/22

JAMES P. MANASSEH
ANDRE R. BELANGER
TANNER C. WOODS
ANDREW R. FLIER

Attorneys for Defendant
KENTRELL GAULDEN

Dated:   7/11/22

KENTRELL GAULDEN
Defendant

3