STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
RAJESH R. SRINIVASAN (Cal. Bar No. 310510)
Assistant United States Attorneys
General Crimes Section
       1200 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-7416/5748
       Facsimile: (213) 894-6269
       Email:     amanda.elbogen@usdoj.gov
                  rajesh.srinivasan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00392-RGK |
|---|---|
| Plaintiff, | JOINT EXHIBIT LIST |
| v. | Trial:      July 12, 2022<br>Time:       9:00 a.m. |
| KENTRELL GAULDEN, | Location:   Courtroom of the<br>Hon. R. Gary<br>Klausner |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Amanda B. Elbogen and Rajesh R. Srinivasan, hereby submit their Joint Exhibit List. //

//

//

//

//

The government respectfully reserves the right to modify this list, including by adding, removing, or changing the order of exhibits.

Dated: July 11, 2022          Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Amanda B. Elbogen*
AMANDA B. ELBOGEN
RAJESH R. SRINIVASAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 11, 2021

*/s/ James P. Manasseh[1]*
JAMES P. MANASSEH
ANDRE R. BELANGER
TANNER C. WOODS
ANDREW R. FLIER

Attorneys for Defendant
KENTRELL GAULDEN

---

[1] All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing by email.

2

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Photograph of Jacket, Sweatshirt, and Key Fob for Return of Property [USAO_000084] | | |
| 2 | Photographs of Watches for Return of Property [USAO_000085] | | |
| 3 | Photograph of Ring for Return of Property [USAO_000086] | | |
| 4 | Photograph of KENTRELL GAULDEN'S Credit Card for Return of Property [USAO_000087] | | |
| 5 | Photograph of Jewelry for Return of Property [USAO_000088] | | |
| 6 | Photograph of Credit Card for Return of Property [USAO_000089] | | |
| 7 | Photograph of Lighter for Return of Property [USAO_000090] | | |
| 8 | Photograph of Watch for Return of Property [USAO_000091] | | |
| 9 | Photograph of credit and Bank Cards for Return of Property [USAO_000092] | | |
| 10 | Photograph of Watch for Return of Property [USAO_000093] | | |
| 11 | Photograph of Jewelry for Return of Property [USAO_000094] | | |
| 12 | Photograph of Watch for Return of Property [USAO_000095] | | |
| 13 | Photograph of Rings for Return of Property | | |

| | | | |
|---|---|---|---|
| | [USAO 000096] | | |
| 14 | Photograph of Rings for Return of Property | | |
| | [USAO 000097] | | |
| 15 | Photograph of Watch for Return of Property | | |
| | [USAO 000098] | | |
| 16 | Photograph of Watch for Return of Property | | |
| | [USAO 000099] | | |
| 17 | Photograph of Jewelry for Return of Property | | |
| | [USAO 000100] | | |
| 18 | Photograph of Credit Cards for Return of Property | | |
| | [USAO 000101] | | |
| 19 | Photograph of Watch for Return of Property | | |
| | [USAO 000102] | | |
| 20 | Photograph of Watch for Return of Property | | |
| | [USAO 000103] | | |
| 21 | Photograph of Watch for Return of Property | | |
| | [USAO 000104] | | |
| 22 | Photograph of Watch for Return of Property | | |
| | [USAO 000105] | | |
| 23 | Photograph of Watch for Return of Property | | |
| | [USAO 000106] | | |
| 24 | Photograph of Watch for Return of Property | | |
| | [USAO 000107] | | |
| 25 | Photograph of Watch for Return of Property | | |
| | [USAO 000108] | | |
| 26 | Photograph of Jewelry for Return of Property | | |
| | [USAO 000109] | | |
| 27 | Photograph of Rings for Return of Property | | |

| | | | |
|---|---|---|---|
| | [USAO 000110] | | |
| 28 | Photograph of Credit Card for Return of Property<br><br>[USAO 000111] | | |
| 29 | Photograph of Jewelry for Return of Property<br><br>[USAO 000112] | | |
| 30 | Photograph of Watch for Return of Property<br><br>[USAO 000113] | | |
| 31 | Photograph of Watch for Return of Property<br><br>[USAO 000114] | | |
| 32 | Photograph of Cash for Return of Property<br><br>[USAO 000115] | | |
| 33 | Photograph of Jewelry for Return of Property<br><br>[USAO 000116] | | |
| 34 | Photograph of Jewelry for Return of Property<br><br>[USAO 000117] | | |
| 35 | Photograph of Watch for Return of Property<br><br>[USAO 000118] | | |
| 36 | Photograph of Jewelry for Return of Property<br><br>[USAO 000119] | | |
| 37 | Photograph of Watch for Return of Property<br><br>[USAO 000120] | | |
| 38 | Photograph of Watch for Return of Property<br><br>[USAO 000121] | | |
| 39 | Photograph of Cash for Return of Property<br><br>[USAO 000122] | | |
| 40 | Photograph of Cash for Return of Property<br><br>[USAO 000123] | | |
| 41 | Photograph of Credit Card for Return of Property<br><br>[USAO 000124] | | |

| 42 | Photograph of Watch for Return of Property<br><br>[USAO 000125] | | |
|----|----|----|----|
| 43 | Photograph of Rings for Return of Property<br><br>[USAO 000126] | | |
| 44 | Photograph of Watch for Return of Property<br><br>[USAO 000127] | | |
| 45 | Photograph of Watch for Return of Property<br><br>[USAO 000128] | | |
| 46 | Photograph of Watch for Return of Property<br><br>[USAO 000129] | | |
| 47 | Photograph of Ring for Return of Property<br><br>[USAO 000130] | | |
| 48 | Photograph of Watch for Return of Property<br><br>[USAO 000131] | | |
| 49 | Photograph of Watch for Return of Property<br><br>[USAO 000132] | | |
| 50 | Photograph of Jewelry for Return of Property<br><br>[USAO 000133] | | |
| 51 | Photograph of Jewelry for Return of Property<br><br>[USAO 000134] | | |
| 52 | Photograph of Watch for Return of Property<br><br>[USAO 000135] | | |
| 53 | Photograph of Watch for Return of Property<br><br>[USAO 000136] | | |
| 54 | Photograph of Jewelery for Return of Property<br><br>[USAO 000137] | | |
| 55 | Photograph of Keys and Card for Return of Property<br><br>[USAO 000138] | | |

| | | | |
|---|---|---|---|
| 56 | Photograph of Keys for Return of Property [USAO 000139] | | |
| 57 | Photograph of Jewelry for Return of Property [USAO 000140] | | |
| 58 | Photograph of Watch for Return of Property [USAO 000141] | | |
| 59 | Photograph of Watch for Return of Property [USAO 000142] | | |
| 60 | Photograph of Lighter for Return of Property [USAO 000143] | | |
| 61 | Photograph of Watch for Return of Property [USAO 000144] | | |
| 62 | Photograph of Watch for Return of Property [USAO 000145] | | |
| 63 | Photograph of Keys and ID Card for Return of Property [USAO 000146] | | |
| 64 | Photograph of Jewelry for Return of Property [USAO 000147] | | |
| 65 | Photograph of Credit and Bank Cards for Return of Property [USAO 000148] | | |
| 66 | Photograph of Cash for Return of Property [USAO 000149] | | |
| 67 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach [USAO 000150] | | |
| 68 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO 000151] | | |
| 69 | Photograph of Credit Card During Inventory Search of Defendant's Mercedes Maybach [USAO 000153] | | |

| 70 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000152] | | |
|----|----|----|----|
| 71 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000154] | | |
| 72 | Photograph of Bag on Back Seats During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000155] | | |
| 73 | Photograph of Bag on Back Seats During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000156] | | |
| 74 | Photograph of Defendant's ID Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000157] | | |
| 75 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000158] | | |
| 76 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000159] | | |
| 77 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000160] | | |
| 78 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000161] | | |
| 79 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000162] | | |
| 80 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000163] | | |
| 81 | Photograph of Cash During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000164] | | |
| 82 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000165] | | |

| | | | |
|---|---|---|---|
| 83 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000166] | | |
| 84 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000167] | | |
| 85 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000168] | | |
| 86 | Photograph of Credit Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000169] | | |
| 87 | Photograph of Credit Cards During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000170] | | |
| 88 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000171] | | |
| 89 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000172] | | |
| 90 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000173] | | |
| 91 | Photograph of Sweatshirt<br><br>[USAO 000174] | | |
| 92 | Photograph of Shyne Jeweler's Bag and Ring During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000175] | | |
| 93 | Photograph of Redwing Street Sign<br><br>[USAO 000176] | | |
| 94 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000177] | | |
| 95 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000178] | | |
| 96 | Photograph of Key During Inventory Search | | |

7

| | | | | |
|---|---|---|---|---|
| | | of Defendant's Mercedes Maybach [USAO 000179] | | |
| | 97 | Photograph of Vehicle Trunk During Inventory Search of Defendant's Mercedes Maybach [USAO 000180] | | |
| | 98 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO 000181] | | |
| | 99 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach [USAO 000182] | | |
| | 100 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO 000183] | | |
| | 101 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach [USAO 000184] | | |
| | 102 | Photograph of Defendant's Mercedes Maybach [USAO 000185] | | |
| | 103 | Photograph of Jewelry and Watches During Inventory Search of Defendant's Mercedes Maybach [USAO 000186] | | |
| | 104 | Photograph of Bag During Inventory Search of Defendant's Mercedes Maybach [USAO 000187] | | |
| | 105 | Photograph of Defendant's Mercedes Maybach [USAO 000188] | | |
| | 106 | Photograph of Cash and Credit Card [USAO 000189] | | |
| | 107 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO 000190] | | |
| | 108 | Photograph of Jewelry Case During Inventory Search of Defendant's Mercedes Maybach [USAO 000191] | | |
| | 109 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach | | |

8

| | | | |
|---|---|---|---|
| | [USAO_000192] | | |
| 110 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000193] | | |
| 111 | Photograph of Seat Pocket During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000194] | | |
| 112 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000195] | | |
| 113 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO_000196] | | |
| 114 | Photograph of Defendant's Mercedes Maybach Vehicle Identification Number<br><br>[USAO_000197] | | |
| 115 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000198] | | |
| 116 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000199] | | |
| 117 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000200] | | |
| 118 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000201] | | |
| 119 | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000202] | | |
| 120 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000203] | | |
| 121 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000204] | | |

| | | | |
|---|---|---|---|
| 122 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000205] | | |
| 123 | Photograph of Firearm Magazine During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000206] | | |
| 124 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000207] | | |
| 125 | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000208] | | |
| 126 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000209] | | |
| 127 | Photograph of Credit Cards During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000210] | | |
| 128 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO_000211] | | |
| 129 | Photograph of Clothes During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000212] | | |
| 130 | Photograph of License Plate During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000213] | | |
| 131 | Photograph of Front Seat and Console During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000214] | | |
| 132 | Photograph of Firearm's Serial Number During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000215] | | |

| | | | |
|---|---|---|---|
| 133 | Photograph of Cash and Jewelry [USAO_000216] | | |
| 134 | Photograph of Bag During Inventory Search of Defendant's Mercedes Maybach [USAO_000217] | | |
| 135 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach [USAO_000218] | | |
| 136 | Photograph of Phone [USAO_000219] | | |
| 137 | Photograph of Firearm's Serial Number During Inventory Search of Defendant's Mercedes Maybach [USAO_000220] | | |
| 138 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO_000221] | | |
| 139 | Photograph of Clothing During Inventory Search of Defendant's Mercedes Maybach [USAO_000222] | | |
| 140 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000223] | | |
| 141 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach [USAO_000224] | | |
| 142 | Photograph of Hotel Key Card During Inventory Search of Defendant's Mercedes Maybach [USAO_000225] | | |
| 143 | Photograph of Jacket [USAO_000226] | | |

| 144 | Photograph of Crebs Avenue Sign<br><br>[USAO_000227] | | |
|-----|---|---|---|
| 145 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000228] | | |
| 146 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000229] | | |
| 147 | Photograph of Front Seats During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000230] | | |
| 148 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO_000231] | | |
| 149 | Photograph of Interior During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000232] | | |
| 150 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000233] | | |
| 151 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000234] | | |
| 152 | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000235] | | |
| 153 | Photograph of License Plate of Defendant's Mercedes Maybach<br><br>[USAO_000236] | | |
| 154 | Photograph of Passenger Receipt During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000237] | | |
| 155 | Photograph of Debit Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000238] | | |

| | | | |
|---|---|---|---|
| 156 | Photograph of Hotel Card During Inventory Search of Defendant's Mercedes Maybach [USAO_000239] | | |
| 157 | Photograph of Watches from Inventory Search of Defendant's Mercedes Maybach [USAO_000240] | | |
| 158 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach [USAO_000241] | | |
| 159 | Photograph of Phone [USAO_000242] | | |
| 160 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000243] | | |
| 161 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach [USAO_000244] | | |
| 162 | Photograph of Inventory Search Slip Sheet [USAO_000245] | | |
| 163 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach [USAO_000246] | | |
| 164 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach [USAO_000247] | | |
| 165 | Photograph of Defendant's Mercedes Maybach [USAO_000248] | | |
| 166 | Photograph of Mercedes-Benz Paperwork [USAO_000324] | | |

| | | | |
|---|---|---|---|
| 167 | Photograph of Mercedes-Benz Paperwork<br><br>[USAO_000325] | | |
| 168 | Copies of Driver's License of Joel Wilfred Washington Diggs | | |
| 169 | Certificate of Live Birth for Joel Wilfred Washington Diggs | | |
| 170 | Copies of Driver's License for Joseph Wesley Diggs, II | | |
| 171 | Certification of Birth for Joseph Wesley Diggs, II | | |
| 172 | Driver's License Information for Demetrice Monique Coleman | | |
| 173 | DMV Photograph of Demetrice Monique Coleman | | |
| 174 | Documents Produced by Shyne Jewelers<br><br>[SHYNE000001-SHYNE000061] | | |
| 175 | Receipt and Firearm Transactions Record for Joel Diggs from Jim's Firearms | | |
| 176 | Map of Arrest and Flight | | |
| 177 | Google Maps Image of 5425 Amigo Avenue | | |
| 178 | Mercedes-Benz Receipt and Paperwork for Kentrell Gaulden | | |

| | | | |
|---|---|---|---|
| 179 | Impound Vehicle Report<br><br>[USAO_000262] | | |
| 180 | Stipulations of Fact signed by the parties | | |
| 181 | FN, FNX .45 Caliber Firearm<br>Serial number FX3U140732<br><br>[physical exhibit] | | |
| 182 | Hornady .45 caliber ammunition<br><br>[physical exhibit] | | |
| 183 | April 1, 2019 $10,000 Wire Transfer from Kentrell Gaulden to Demetrice Monique Coleman | | |
| 184 | May 29, 2019 $11,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 185 | June 27, 2019 $10,500 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 186 | July 2, 2019 $6,450 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 187 | August 1, 2019 $7,150 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 188 | August 3, 2019 $6,815 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 189 | October 11, 2019 $8,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |
| 190 | November 14, 2019 $3,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | | |

| | | | |
|---|---|---|---|
| 191 | Business Records Certification for Hancock Whitney Bank | | |
| 192 | Business Records Certification for Mercedes-Benz | | |
| 200 | Firearm Comparison Report No. 6<br><br>[USAO_000310] | | |
| 200A | Close-up of Image in Firearm Comparison Report No. 6<br><br>[USAO_000310] | | |
| 201 | Firearm Comparison Image – FNX Parts labeled<br><br>[USAO_000313] | | |
| 202 | Firearm Comparison Report No. 8<br><br>[USAO_001717-19] | | |
| 203 | FBI 302<br><br>[USAO_0001670] | | |
| 204 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001671] | | |
| 205 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001672] | | |
| 206 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_1673] | | |
| 207 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_1674] | | |
| 208 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001675] | | |

| 209 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001676] | | |
|-----|-----|-----|-----|
| 210 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_001677] | | |
| 211 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001678] | | |
| 212 | Photograph of Firearm Magazine<br><br>[USAO_001679] | | |
| 213 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_001680] | | |
| 214 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001681] | | |
| 215 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001682] | | |
| 216 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001683] | | |
| 217 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_001684] | | |
| 218 | Photograph of Firearm Magazine<br><br>[USAO_001685] | | |
| 219 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_1686] | | |
| 220 | Photograph of FN, FNX .45 Caliber Firearm and Magazine<br><br>[USAO_001687] | | |

17

| | | | |
|---|---|---|---|
| 221 | Photograph of Firearm Magazine<br><br>[USAO_001688] | | |
| 222 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001689] | | |
| 223 | Photograph of Serial Number of FN, FNX .45 Caliber Firearm<br><br>[USAO_001690] | | |
| 224 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001691] | | |
| 225 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001692] | | |
| 226 | Photograph of Firearm Magazine<br><br>[USAo_001693] | | |
| 227 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001694] | | |
| 228 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001695] | | |
| 229 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001696] | | |
| 230 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001697] | | |
| 231 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001698] | | |
| 232 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001699] | | |

| 233 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001700] | | |
|---|---|---|---|
| 234 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001701] | | |
| 235 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_001702] | | |
| 236 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001703] | | |
| 237 | Photograph of Firearm Magazine<br><br>[USAO_001704] | | |
| 238 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001705] | | |
| 239 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001706] | | |
| 240 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001707] | | |
| 241 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001708] | | |
| 242 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001709] | | |
| 243 | Photograph of Firearm Magazine<br><br>USAO_001710] | | |
| 244 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001711] | | |

| 245 | Photograph of Tokyo Airsoft Replica [USAO_001712] | | |
|---|---|---|---|
| 246 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001713] | | |
| 247 | Photograph of Tokyo Airsoft Replica and Magazine [USAO_001714] | | |
| 248 | Photograph of Tokyo Airsoft Replica [USAO_1715] | | |
| 249 | Photograph of Tokyo Airsoft Replica and Magazine [USAO_001716] | | |
| 250 | Report of Icel M. Kuznetsova (for identification only) [USAO_000326-31] | | |
| 251 | Report of Jessica Van Dyke (for identification only) [USAO_000332-33] | | |
| 252 | Cell Site Analysis Report of Special Agent Chad Fitzgerald | | |
| 253 | Report of Jessica Van Dyke (for identification only) | | |
| 254 | Defense Counsel's Receipts for Tokyo Airsoft Replica, Firearm Sight, and Gun Lock | | |
| 255 | ATF Form 4473 and Receipt for FNX-45 | | |
| 256 | Jim's Firearms Business Records Certification | | |

| 300 | Instagram Video of Defendant Holding Firearm [USAO_00316] | | |
|-----|---|---|---|
| 301 | Still Image of Instagram Video of Defendant Holding Firearm [USAO_00317] | | |
| 302 | Still Image of Instagram Video of Defendant Holding Firearm [USAO_00322] | | |
| 303 | Photograph of Defendant Holding Firearm [USAO_00318] | | |
| 304 | Google Maps Image of Palermo Drive in Baton Rouge, Louisiana [USAO_00319] | | |
| 305 | Google Maps Image of House on Palermo Drive in Baton Rouge, Louisiana [USAO_00321] | | |
| 306 | Google Maps Image of House on Palermo Drive in Baton Rouge, Louisiana [USAO_00320] | | |
| 307 | Photograph of Defendant at Shyne Jewelers Holding Firearm [USAO_000323] | | |
| 308 | Photograph of Defendant, Defendant's Mother, and Demetrice Coleman | | |
| 309 | Photograph of Defendant and Demetrice Coleman | | |
| 311 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 312 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |

| 313 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
|---|---|---|---|
| 314 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 315 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 316 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 317 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 318 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 319 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 320 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 321 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 322 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 323 | Photograph of Defendant at Shyne Jewelers With Firearm | | |
| 324 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |

| | | | |
|---|---|---|---|
| 325 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 326 | Photograph of Defendant at Shyne Jewelers Holding Firearm with "lit" emoji | | |
| 327 | Photograph of Defendant at Shyne Jewelers Holding Firearm with heart emoji | | |
| 328 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 329 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 330 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 331 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 332 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 333 | Photograph of defendant wearing jewelry that was found in car – 1  [Jewelry 1.png] | | |
| 334 | Photograph of defendant wearing jewelry that was found in car – 2  [Jewelry 2.png] | | |
| 335 | Photograph of defendant wearing jewelry that was found in car – 3  [Jewelry 3.png] | | |
| 336 | Photograph of defendant wearing jewelry that was found in car – 4  [Jewelry 4.png] | | |

| | | | |
|---|---|---|---|
| 337 | Photograph of defendant wearing jewelry that was found in car - 5<br><br>[Jewelry 5.png] | | |
| 338 | Photograph of defendant wearing jewelry that was found in car - 6<br><br>[Jewelry 6.png] | | |
| 339 | Photograph of defendant wearing jewelry that was found in car - 7<br><br>[Jewelry 7.png] | | |
| 340 | Photograph of defendant wearing jewelry that was found in car - 8<br><br>[Jewelry 8.png] | | |
| 341 | Photograph of defendant wearing jewelry that was found in car - 9<br><br>[Jewelry 9.png] | | |
| 342 | Still image from Instagram video<br><br>[Stillshot of IG Live Video from Beverly Hilton.png] | | |
| 401 | Audio Recording of LAPD Dispatch Channel<br><br>[USAO_001923] | | |
| 401A | Audio Recording of LAPD Dispatch Channel with Transcript and Map | | |
| 402 | Audio Recording of LAPD TAC Line<br><br>[USAO_001924] | | |
| 403 | Audio Recording of LAPD TAC Line<br><br>[USAO_001924] | | |
| 404 | Video Recording from Dash Camera of LAPD Officers J. Clodfelter and R. Burke<br><br>[USAO_000377 - 43007@20210322121926.mpg] | | |
| 405 | Video Recording From Body-Worn Camera of LAPD Officer Joshua Kniss<br><br>[USAO_000375 -<br>Amigo Ventura B U Req for King Units.mp4] | | |

| | | | | |
|---|---|---|---|---|
| 406 | Video Recording From Body-Worn Camera of LAPD Officer J. Schwab<br><br>[USAO_000372 - Axon_Body_3_Video_2021-03-22 1400.mp4 – 11:15–11:25] | | |
| 407 | Video Recording From Body-Worn Camera of LAPD Officer C. Amador<br><br>[USAO_000372 - Axon_Body_3_Video_2021-03-22 1412.mp4] | | |
| 408 | Video Recording From Body-Worn Camera of LAPD Officer M. Vargas<br><br>[USAO_000372 - Pursuit.mp4 at 3:00-3:45] | | |
| 409 | Video Recording From Body-Worn Camera of LAPD Officer M. Vargas<br><br>[USAO_000372 - Pursuit.mp4 at 4:50-11:20] | | |
| 410 | Video Recording From Body-Worn Camera of LAPD Officer D. Smiley<br><br>[USAO_000374 - Backup_Response.mp4] | | |
| 411 | Video Recording From Body-Worn Camera of LAPD Officer J. Clodfelter<br><br>[USAO_000375 - Federal_Warrant_FBI_Back_Up.mp4 at 2:50-6:00] | | |
| 412 | Video Recording From Body-Worn Camera of LAPD Officer R. Burke<br><br>[USAO_000375 - Amigo_Ventura_B_U_Req_for_King_Units.mp4 at 2:50-6:00] | | |
| 413 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322122013.mpg at 1:30-4:30] | | |
| 414 | Video Recording from Dash Camera of LAPD Officers J. Clodfelter and R. Burke<br><br>[USAO_000377 - 43007@20210322121926.mpg at 1:10-5:00] | | |
| 415 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 4:45-5:05] | | |
| 416 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 9:55-10:13] | | |

| | | | |
|---|---|---|---|
| 417 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 11:45-12:13] | | |
| 418 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip A of BACKUP_RESPONSE (12.55 to 15.00).mp4] [12:55-15:00] | | |
| 419 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip B of BACKUP_RESPONSE.mp4] [29:15-30:00] | | |
| 420 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip C of BACKUP_RESPONSE.mp4] [36:20-38:00] | | |
| 421 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip D of BACKUP_RESPONSE] [39:45-40:15] | | |
| 422 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br><br>[Clip E of BACKUP_RESPONSE.mp4-.mp4] [58:20-1:02:35] | | |
| 423 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br><br>[Clip F of BACKUP_RESPONSE.mp4-.mp4] [1:06:00-1:29:00] | | |
| 424 | Video Recording from Body-Worn Camera of LAPD Officer C. Amador<br><br><br>[Axon Body 3 Video 2021-03-22 1412.mp4] | | |
| 425 | Excerpt of lyrics from NBA YoungBoy Song "Gunsmoke" | | |
| 426 | Excerpt of lyrics from NBA YoungBoy Song "Life Support" | | |
| 427 | Excerpt of lyrics from NBA YoungBoy Song "Lonely Child" | | |

| 500 | Airsoft Replica of FNX Firearm [physical exhibit] | | |
|-----|---------------------------------------------------|--|--|
| 501 | Google Earth Map of Key Locations [KG002] | | |