# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | 2:21-cr-00392-RGK-1 | | Date | July 12, 2022 |
|---|---|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge | | | |
| Interpreter | n/a | | | |

| Joseph Remigio | Sheri Kleeger | Amanda Elbogen / Rajesh Srinivasan / Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KENTRELL GAULDEN | X | | X | Andrew Flier | X | | X |
| | | | | James Manasseh | X | | X |
| | | | | Andre Belanger | X | | X |
| | | | | Tanner Woods | X | | X |
| | | | | W. Robert Gill | X | | X |

___ Day COURT TRIAL   **1st** Day JURY TRIAL   ___ Death Penalty Phase

___ One day trial;   X Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

X Opening statements made   Government and Defense

X Witnesses called, sworn and testified.

X Exhibits identified   X Exhibits admitted

___ Government rests.   ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s)   ___ Not Guilty on count(s)

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to  7/13/2022, 8:30 am.  for further trial/further jury deliberation.

___ Other:

                                                                         4 : 19
                                              Initials of Deputy Clerk   jre