# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cr-00392-RGK-1 | Date | July 14, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge | | |
| Interpreter | n/a | | |

| Joseph Remigio | Sheri Kleeger | Amanda Elbogen / Rajesh Srinivasan / Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KENTRELL GAULDEN | X | | X | Andrew Flier | X | | X |
| | | | | James Manasseh | X | | X |
| | | | | Andre Belanger | X | | X |
| | | | | Tanner Woods | X | | X |
| | | | | W. Robert Gill | X | | X |

____ Day COURT TRIAL    **3rd** Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;    ____ Begun (1st day);    X Held & continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made    Government and Defense

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

X Government rests.    X Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused    X Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____    ____ Guilty on count(s)    ____ Not Guilty on count(s)

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

Dft # ____    Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____    remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

____ Case continued to    7/15/2022, 8:30 am.    for further trial/further jury deliberation.

X Other:    Defendant makes an oral Rule 29 motion. Written motion due 7/18/22. Govt. opposition due 7/20/22.

2 : 17

Initials of Deputy Clerk    jre

CR-78 (10/08)    **CRIMINAL MINUTES - TRIAL**    Page 1 of 1