# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:21-cr-00392-RGK-1 | Date | July 14, 2022 |
|---|---|---|---|

Present: The Honorable  R. GARY KLAUSNER, U.S. District Judge

Interpreter  n/a

| Joseph Remigio | Sheri Kleeger | Amanda Elbogen / Rajesh Srinivasan<br>Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KENTRELL GAULDEN | X | | X | Andrew Flier | X | | X |
| | | | | James Manasseh | X | | X |
| | | | | Andre Belanger | X | | X |
| | | | | Tanner Woods | X | | X |
| | | | | W. Robert Gill | X | | X |

___ Day COURT TRIAL        **4th** Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made   Government and Defense

___ Witnesses called, sworn and testified.

___ Exhibits identified   ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   **X** Jury resumes deliberations

___ Finding by Court as follows:   **X** Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s)   **X** Not Guilty on count(s)

**X** Jury polled   **X** Polling waived

**X** Filed Witness & Exhibit lists   **X** Filed Jury notes   **X** Filed Jury Instructions   **X** Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

**X** Bond exonerated as to Dft # _____

___ Case continued to _____ for further trial/further jury deliberation.

___ Other:

:  05

Initials of Deputy Clerk  jre

CR-78 (10/08)    **CRIMINAL MINUTES - TRIAL**    Page 1 of 1