# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED AS TO HEARING DATE**

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cr-00392-RGK-1 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
| Interpreter | n/a |

Date: July 15, 2022 ~~July 14, 2022~~

| Joseph Remigio | Sheri Kleeger | Amanda Elbogen / Rajesh Srinivasan / Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KENTRELL GAULDEN | X | | X | Andrew Flier | X | | X |
| | | | | James Manasseh | X | | X |
| | | | | Andre Belanger | X | | X |
| | | | | Tanner Woods | X | | X |
| | | | | W. Robert Gill | X | | X |

___ Day COURT TRIAL          **4th** Day JURY TRIAL          ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    ___ Held & continued;    **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made    Government and Defense

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    **X** Jury resumes deliberations

___ Finding by Court as follows:    **X** Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) _____    **X** Not Guilty on count(s)

**X** Jury polled    **X** Polling waived

**X** Filed Witness & Exhibit lists    **X** Filed Jury notes    **X** Filed Jury Instructions    **X** Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody. Remand/Release# _____ issd. Dft # ___ released from custody.

**X** Bond exonerated as to Dft # _____

___ Case continued to _____ for further trial/further jury deliberation.

___ Other:

: 05

Initials of Deputy Clerk    jre