UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JULY 15, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> -vs- ) <br> ) <br> KENTRELL GAULDEN ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO: 2:21-cr-00392-RGK-1 <br><br> JURY NOTE NUMBER __1__ <br><br> Today's Date: 7/15/22 <br><br> **REDACTED** |

✓   THE JURY HAS REACHED AN UNANIMOUS VERDICT

___   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

SIGNED: [FOREPERSON SIGNATURE REDACTED BY THE COURT]