```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JULY 15, 2022

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:      JRE     DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00392-RGK |
| Plaintiff, | VERDICT FORM |
| v. | |
| KENTRELL GAULDEN,<br>  aka "YoungBoy Never Broke Again"<br>  aka "NBA YoungBoy,"<br>  aka "Youngboy,"<br>  aka "YB,"<br>  aka "Top," | |
| Defendant. | |

**REDACTED**

**VERDICT**

We, the jury in the above-captioned case, unanimously find the defendant KENTRELL GAULDEN:

    ✓    NOT GUILTY

    ____    GUILTY

of Being a Felon in Possession of a Firearm or Ammunition, in violation of 18 U.S.C. § 922(g)(1), as charged in the Indictment.

DATED: 7/15/2022, 2022, at Los Angeles, California.

**FOREPERSON SIGNATURE REDACTED BY THE COURT**

2