## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:21-cr-00392-RGK-1 | Title | USA v. Kentrell Gaulden |
|---|---|---|---|
| Judge | R. Gary Klausner, U.S. District Judge | | |
| Dates of Trial or Hearing | 7/12/22; 7/13/22; 7/14/22; 7/15/22 | | |
| Court Reporters or Tape No. | Sheri Kleeger | | |
| Deputy Clerks | Joseph Remigio | | |

**FILED**
CLERK, U.S. DISTRICT COURT

**JULY 15 2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: **JRE** DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Amanda Elbogen, AUSA | Andrew Flyer |
| Rajesh Srinivasan, AUSA | James Manasseh |
| Roger Hsieh, AUSA | Andre Belanger |
| | Tanner Woods |
| | W. Robert Gill |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | **JESSICA SULLIVAN (7/13/2022)** | **GOVT.** |
| | | | | | | **CLIFFORD JONES (7/13/22)** | **GOVT.** |
| | | | | | | | |
| | | | | | | **SEE ATTACHED FOR LISTS OF ADDITIONAL** | |
| | | | | | | **WITNESSES CALLED AT TRIAL AND** | |
| | | | | | | **EXHIBITS IDENTIFIED AND ADMITTED.** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

<u>UNITED STATES v. KENTRELL GAULDEN</u>
21-CR-00392-RGK

**GOVERNMENT'S WITNESS LIST**

| No. | Witness | Date(s) of Testimony |
|-----|---------|----------------------|
| 1. | Kevan Beard, LAPD Sergeant | 7/12/22 |
| 2. | Dezmond Beverly, FBI Special Agent | 7/12/22 |
| 3. | Jonathan Clodfelter, LAPD Officer | 7/12/22 |
| 4. | Andrew Roosa, FBI Special Agent | 7/12/22 |
| 5. | Vanessa Henson, LAPD Officer | |
| 6. | Joshua Kniss, LAPD Officer | 7/13/22 |
| 7. | Chad Fitzgerald, FBI CAST Agent | |
| 8. | Isaac Radnia | 7/13/22 |
| 9. | Camillo Montealegre | |
| 10. | Jessica Van Dyke, FBI DNA Examiner | 7/13/22 |
| 11. | Icel Kuznetsova, FBI Fingerprint Examiner | 7/13/22 |
| 12. | Jim McClain | 7/13/22 |
| 13. | Josef Roth | 7/13/22 |
| 14. | Logan Collins, Baton Rouge Police Department Detective | 7/13/22 |
| 15. | Kevin Allred, ATF Special Agent | 7/14/22 |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Photograph of Jacket, Sweatshirt, and Key Fob for Return of Property<br><br>[USAO_000084] | | |
| 2 | Photographs of Watches for Return of Property<br>[USAO_000085] | 7/13/22 | 7/13/22 |
| 3 | Photograph of Ring for Return of Property<br><br>[USAO_000086] | | |
| 4 | Photograph of KENTRELL GAULDEN'S Credit Card for Return of Property<br><br>[USAO_000087] | | |
| 5 | Photograph of Jewelry for Return of Property<br><br>[USAO_000088] | 7/13/22 | 7/13/22 |
| 6 | Photograph of Credit Card for Return of Property<br><br>[USAO_000089] | | |
| 7 | Photograph of Lighter for Return of Property<br><br>[USAO_000090] | | |
| 8 | Photograph of Watch for Return of Property<br><br>[USAO_000091] | 7/13/22 | 7/13/22 |
| 9 | Photograph of credit and Bank Cards for Return of Property<br><br>[USAO_000092] | | |
| 10 | Photograph of Watch for Return of Property<br><br>[USAO_000093] | | |
| 11 | Photograph of Jewelry for Return of Property<br><br>[USAO_000094] | 7/13/22 | 7/13/22 |
| 12 | Photograph of Watch for Return of Property<br><br>[USAO_000095] | 7/13/22 | 7/13/22 |
| 13 | Photograph of Rings for Return of Property | 7/13/22 | 7/13/22 |

| | | | | |
|---|---|---|---|---|
| | [USAO 000096] | | | |
| 14 | Photograph of Rings for Return of Property | | **7/13/22** | **7/13/22** |
| | [USAO 000097] | | | |
| 15 | Photograph of Watch for Return of Property | | | |
| | [USAO 000098] | | | |
| 16 | Photograph of Watch for Return of Property | | | |
| | [USAO 000099] | | | |
| 17 | Photograph of Jewelry for Return of Property | | **7/13/22** | **7/13/22** |
| | [USAO 000100] | | | |
| 18 | Photograph of Credit Cards for Return of Property | | | |
| | [USAO 000101] | | | |
| 19 | Photograph of Watch for Return of Property | | | |
| | [USAO 000102] | | | |
| 20 | Photograph of Watch for Return of Property | | | |
| | [USAO 000103] | | | |
| 21 | Photograph of Watch for Return of Property | | | |
| | [USAO 000104] | | | |
| 22 | Photograph of Watch for Return of Property | | **7/13/22** | **7/13/22** |
| | [USAO 000105] | | | |
| 23 | Photograph of Watch for Return of Property | | | |
| | [USAO 000106] | | | |
| 24 | Photograph of Watch for Return of Property | | | |
| | [USAO 000107] | | | |
| 25 | Photograph of Watch for Return of Property | | | |
| | [USAO 000108] | | | |
| 26 | Photograph of Jewelry for Return of Property | | | |
| | [USAO 000109] | | | |
| 27 | Photograph of Rings for Return of Property | | | |

| | | | | |
|---|---|---|---|---|
| | | [USAO 000110] | | |
| 28 | Photograph of Credit Card for Return of Property<br><br>[USAO 000111] | | | |
| 29 | Photograph of Jewelry for Return of Property<br><br>[USAO 000112] | | **7/13/22** | **7/13/22** |
| 30 | Photograph of Watch for Return of Property<br><br>[USAO 000113] | | | |
| 31 | Photograph of Watch for Return of Property<br><br>[USAO 000114] | | | |
| 32 | Photograph of Cash for Return of Property<br><br>[USAO 000115] | | | |
| 33 | Photograph of Jewelry for Return of Property<br><br>[USAO 000116] | | | |
| 34 | Photograph of Jewelry for Return of Property<br><br>[USAO 000117] | | | |
| 35 | Photograph of Watch for Return of Property<br><br>[USAO 000118] | | | |
| 36 | Photograph of Jewelry for Return of Property<br><br>[USAO 000119] | | | |
| 37 | Photograph of Watch for Return of Property<br><br>[USAO 000120] | | | |
| 38 | Photograph of Watch for Return of Property<br><br>[USAO 000121] | | | |
| 39 | Photograph of Cash for Return of Property<br><br>[USAO 000122] | | | |
| 40 | Photograph of Cash for Return of Property<br><br>[USAO 000123] | | | |
| 41 | Photograph of Credit Card for Return of Property<br><br>[USAO 000124] | | | |

| | | | |
|---|---|---|---|
| 42 | Photograph of Watch for Return of Property<br><br>[USAO 000125] | **7/13/22** | **7/13/22** |
| 43 | Photograph of Rings for Return of Property<br><br>[USAO 000126] | | |
| 44 | Photograph of Watch for Return of Property<br><br>[USAO 000127] | | |
| 45 | Photograph of Watch for Return of Property<br><br>[USAO 000128] | **7/13/22** | **7/13/22** |
| 46 | Photograph of Watch for Return of Property<br><br>[USAO 000129] | | |
| 47 | Photograph of Ring for Return of Property<br><br>[USAO 000130] | | |
| 48 | Photograph of Watch for Return of Property<br><br>[USAO 000131] | | |
| 49 | Photograph of Watch for Return of Property<br><br>[USAO 000132] | **7/13/22** | **7/13/22** |
| 50 | Photograph of Jewelry for Return of Property<br><br>[USAO 000133] | | |
| 51 | Photograph of Jewelry for Return of Property<br><br>[USAO 000134] | | |
| 52 | Photograph of Watch for Return of Property<br><br>[USAO 000135] | | |
| 53 | Photograph of Watch for Return of Property<br><br>[USAO 000136] | | |
| 54 | Photograph of Jewelery for Return of Property<br><br>[USAO 000137] | **7/13/22** | **7/13/22** |
| 55 | Photograph of Keys and Card for Return of Property<br><br>[USAO 000138] | | |

| | | | |
|---|---|---|---|
| 56 | Photograph of Keys for Return of Property [USAO 000139] | | |
| 57 | Photograph of Jewelry for Return of Property [USAO 000140] | | |
| 58 | Photograph of Watch for Return of Property [USAO 000141] | | |
| 59 | Photograph of Watch for Return of Property [USAO 000142] | | |
| 60 | Photograph of Lighter for Return of Property [USAO 000143] | | |
| 61 | Photograph of Watch for Return of Property [USAO 000144] | | |
| 62 | Photograph of Watch for Return of Property [USAO 000145] | | |
| 63 | Photograph of Keys and ID Card for Return of Property [USAO 000146] | | |
| 64 | Photograph of Jewelry for Return of Property [USAO 000147] | 7/13/22 | 7/13/22 |
| 65 | Photograph of Credit and Bank Cards for Return of Property [USAO 000148] | | |
| 66 | Photograph of Cash for Return of Property [USAO 000149] | | |
| 67 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach [USAO 000150] | | |
| 68 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO 000151] | | |
| 69 | Photograph of Credit Card During Inventory Search of Defendant's Mercedes Maybach [USAO 000153] | | |

| 70 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000152] | 7/13/22 | 7/13/22 |
|----|----|----|----|
| 71 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000154] | 7/13/22 | 7/13/22 |
| 72 | Photograph of Bag on Back Seats During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000155] | | |
| 73 | Photograph of Bag on Back Seats During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000156] | | |
| 74 | Photograph of Defendant's ID Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000157] | 7/13/22 | 7/13/22 |
| 75 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000158] | | |
| 76 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000159] | 7/13/22 | 7/13/22 |
| 77 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000160] | | |
| 78 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000161] | 7/12/22 | 7/12/22 |
| 79 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000162] | | |
| 80 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000163] | 7/13/22 | 7/13/22 |
| 81 | Photograph of Cash During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000164] | | |
| 82 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000165] | | |

| | | | |
|---|---|---|---|
| 83 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000166] | **7/13/22** | **7/13/22** |
| 84 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000167] | **7/13/22** | **7/13/22** |
| 85 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000168] | | |
| 86 | Photograph of Credit Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000169] | **7/13/22** | **7/13/22** |
| 87 | Photograph of Credit Cards During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000170] | **7/13/22** | **7/13/22** |
| 88 | Photograph of Defendant's Mercedes Maybach<br><br>[USAO 000171] | **7/12/22** | **7/12/22** |
| 89 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000172] | **7/13/22** | **7/13/22** |
| 90 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000173] | | |
| 91 | Photograph of Sweatshirt<br><br>[USAO 000174] | **7/13/22** | **7/13/22** |
| 92 | Photograph of Shyne Jeweler's Bag and Ring During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000175] | **7/13/22** | **7/13/22** |
| 93 | Photograph of Redwing Street Sign<br><br>[USAO 000176] | | |
| 94 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000177] | **7/13/22** | **7/13/22** |
| 95 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO 000178] | | |
| 96 | Photograph of Key During Inventory Search | | |

| | | | | |
|---|---|---|---|---|
| | | of Defendant's Mercedes Maybach [USAO 000179] | | |
| | 97 | Photograph of Vehicle Trunk During Inventory Search of Defendant's Mercedes Maybach [USAO 000180] | | |
| | 98 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO 000181] | | |
| | 99 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach [USAO 000182] | **7/13/22** | **7/13/22** |
| | 100 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO 000183] | | |
| | 101 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach [USAO 000184] | **7/12/22** | **7/12/22** |
| | 102 | Photograph of Defendant's Mercedes Maybach [USAO 000185] | | |
| | 103 | Photograph of Jewelry and Watches During Inventory Search of Defendant's Mercedes Maybach [USAO 000186] | | |
| | 104 | Photograph of Bag During Inventory Search of Defendant's Mercedes Maybach [USAO 000187] | | |
| | 105 | Photograph of Defendant's Mercedes Maybach [USAO 000188] | **7/13/22** | **7/13/22** |
| | 106 | Photograph of Cash and Credit Card [USAO 000189] | | |
| | 107 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO 000190] | | |
| | 108 | Photograph of Jewelry Case During Inventory Search of Defendant's Mercedes Maybach [USAO 000191] | | |
| | 109 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach | | |

| | | | | |
|---|---|---|---|---|
| | | [USAO_000192] | | |
| 110 | | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000193] | | |
| 111 | | Photograph of Seat Pocket During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000194] | | |
| 112 | | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000195] | | |
| 113 | | Photograph of Defendant's Mercedes Maybach<br><br>[USAO_000196] | | |
| 114 | | Photograph of Defendant's Mercedes Maybach Vehicle Identification Number<br><br>[USAO_000197] | 7/12/22 | 7/12/22 |
| 115 | | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000198] | 7/13/22 | 7/13/22 |
| 116 | | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000199] | | |
| 117 | | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000200] | 7/12/22 | 7/12/22 |
| 118 | | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000201] | 7/13/22 | 7/13/22 |
| 119 | | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000202] | | |
| 120 | | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000203] | | |
| 121 | | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000204] | | |

| | | | | |
|---|---|---|---|---|
| 122 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach [USAO_000205] | | | |
| 123 | Photograph of Firearm Magazine During Inventory Search of Defendant's Mercedes Maybach [USAO_000206] | 7/13/22 | 7/13/22 | |
| 124 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach [USAO_000207] | | | |
| 125 | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach [USAO_000208] | | | |
| 126 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach [USAO_000209] | | | |
| 127 | Photograph of Credit Cards During Inventory Search of Defendant's Mercedes Maybach [USAO_000210] | 7/13/22 | 7/13/22 | |
| 128 | Photograph of Defendant's Mercedes Maybach [USAO_000211] | 7/12/22 | 7/12/22 | |
| 129 | Photograph of Clothes During Inventory Search of Defendant's Mercedes Maybach [USAO_000212] | 7/13/22 | 7/13/22 | |
| 130 | Photograph of License Plate During Inventory Search of Defendant's Mercedes Maybach [USAO_000213] | 7/13/22 | 7/13/22 | |
| 131 | Photograph of Front Seat and Console During Inventory Search of Defendant's Mercedes Maybach [USAO_000214] | | | |
| 132 | Photograph of Firearm's Serial Number During Inventory Search of Defendant's Mercedes Maybach [USAO_000215] | 7/13/22 | 7/13/22 | |

| | | | | |
|---|---|---|---|---|
| 133 | Photograph of Cash and Jewelry<br><br>[USAO_000216] | | 7/13/22 | 7/13/22 |
| 134 | Photograph of Bag During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000217] | | | |
| 135 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000218] | | 7/12/22 | 7/12/22 |
| 136 | Photograph of Phone<br><br>[USAO_000219] | | 7/13/22 | 7/13/22 |
| 137 | Photograph of Firearm's Serial Number During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000220] | | 7/12/22 | 7/12/22 |
| 138 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000221] | | | |
| 139 | Photograph of Clothing During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000222] | | | |
| 140 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000223] | | | |
| 141 | Photograph of Firearm During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000224] | | 7/12/22 | 7/12/22 |
| 142 | Photograph of Hotel Key Card During Inventory Search of Defendant's Mercedes Maybach<br><br>[USAO_000225] | | 7/13/22 | 7/13/22 |
| 143 | Photograph of Jacket<br><br>[USAO_000226] | | 7/13/22 | 7/13/22 |

| 144 | Photograph of Crebs Avenue Sign [USAO_000227] | | |
|---|---|---|---|
| 145 | Photograph of Watch During Inventory Search of Defendant's Mercedes Maybach [USAO_000228] | | |
| 146 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000229] | 7/13/22 | 7/13/22 |
| 147 | Photograph of Front Seats During Inventory Search of Defendant's Mercedes Maybach [USAO_000230] | | |
| 148 | Photograph of Defendant's Mercedes Maybach [USAO_000231] | | |
| 149 | Photograph of Interior During Inventory Search of Defendant's Mercedes Maybach [USAO_000232] | | |
| 150 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000233] | | |
| 151 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000234] | | |
| 152 | Photograph of Receipt During Inventory Search of Defendant's Mercedes Maybach [USAO_000235] | 7/13/22 | 7/13/22 |
| 153 | Photograph of License Plate of Defendant's Mercedes Maybach [USAO_000236] | 7/12/22 | 7/12/22 |
| 154 | Photograph of Passenger Receipt During Inventory Search of Defendant's Mercedes Maybach [USAO_000237] | 7/13/22 | 7/13/22 |
| 155 | Photograph of Debit Card During Inventory Search of Defendant's Mercedes Maybach [USAO_000238] | | |

| | | | | |
|---|---|---|---|---|
| 156 | Photograph of Hotel Card During Inventory Search of Defendant's Mercedes Maybach [USAO_000239] | | | |
| 157 | Photograph of Watches from Inventory Search of Defendant's Mercedes Maybach [USAO_000240] | | | |
| 158 | Photograph of Watches During Inventory Search of Defendant's Mercedes Maybach [USAO_000241] | | | |
| 159 | Photograph of Phone [USAO_000242] | 7/13/22 | 7/13/22 | |
| 160 | Photograph of Jewelry During Inventory Search of Defendant's Mercedes Maybach [USAO_000243] | | | |
| 161 | Photograph of Front Seat During Inventory Search of Defendant's Mercedes Maybach [USAO_000244] | | | |
| 162 | Photograph of Inventory Search Slip Sheet [USAO_000245] | | | |
| 163 | Photograph of Mercedes-Benz Paperwork During Inventory Search of Defendant's Mercedes Maybach [USAO_000246] | 7/13/22 | 7/13/22 | |
| 164 | Photograph of Back Seat During Inventory Search of Defendant's Mercedes Maybach [USAO_000247] | 7/13/22 | 7/13/22 | |
| 165 | Photograph of Defendant's Mercedes Maybach [USAO_000248] | | | |
| 166 | Photograph of Mercedes-Benz Paperwork [USAO_000324] | | | |

| 167 | Photograph of Mercedes-Benz Paperwork [USAO_000325] | 7/13/22 | 7/13/22 |
|---|---|---|---|
| 168 | Copies of Driver's License of Joel Wilfred Washington Diggs | 7/13/22 | 7/13/22 |
| 169 | Certificate of Live Birth for Joel Wilfred Washington Diggs | 7/13/22 | 7/13/22 |
| 170 | Copies of Driver's License for Joseph Wesley Diggs, II | 7/13/22 | 7/13/22 |
| 171 | Certification of Birth for Joseph Wesley Diggs, II | 7/13/22 | 7/13/22 |
| 172 | Driver's License Information for Demetrice Monique Coleman | 7/13/22 | 7/13/22 |
| 173 | DMV Photograph of Demetrice Monique Coleman | 7/13/22 | 7/13/22 |
| 174 | Documents Produced by Shyne Jewelers [SHYNE000001-SHYNE000061] | 7/13/22 | 7/13/22 |
| 175 | Receipt and Firearm Transactions Record for Joel Diggs from Jim's Firearms | 7/13/22 | 7/13/22 |
| 176 | Map of Arrest and Flight | 7/13/22 | 7/13/22 |
| 177 | Google Maps Image of 5425 Amigo Avenue | 7/12/22 | 7/12/22 |
| 178 | Mercedes-Benz Receipt and Paperwork for Kentrell Gaulden | 7/14/22 | 7/14/22 |

| 179 | Impound Vehicle Report [USAO_000262] | 7/12/22 | 7/12/22 |
|-----|---------------------------------------|---------|---------|
| 180 | Stipulations of Fact signed by the parties | 7/12/22 | 7/12/22 |
| 181 | FN, FNX .45 Caliber Firearm Serial number FX3U140732 [physical exhibit] | 7/13/22 | 7/13/22 |
| 182 | Hornady .45 caliber ammunition [physical exhibit] | 7/13/22 | 7/13/22 |
| 183 | April 1, 2019 $10,000 Wire Transfer from Kentrell Gaulden to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 184 | May 29, 2019 $11,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 185 | June 27, 2019 $10,500 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 186 | July 2, 2019 $6,450 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 187 | August 1, 2019 $7,150 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 188 | August 3, 2019 $6,815 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 189 | October 11, 2019 $8,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |
| 190 | November 14, 2019 $3,000 Wire Transfer from Never Broke LLC to Demetrice Monique Coleman | 7/14/22 | 7/14/22 |

| | | | | |
|---|---|---|---|---|
| 191 | Business Records Certification for Hancock Whitney Bank | | 7/14/22 | 7/14/22 |
| 192 | Business Records Certification for Mercedes-Benz | | | |
| 200 | Firearm Comparison Report No. 6 [USAO_000310] | | | |
| 200A | Close-up of Image in Firearm Comparison Report No. 6 [USAO_000310] | | | |
| 201 | Firearm Comparison Image – FNX Parts labeled [USAO_000313] | | 7/14/22 | 7/14/22 |
| 202 | Firearm Comparison Report No. 8 [USAO_001717-19] | | | |
| 203 | FBI 302 [USAO_0001670] | | | |
| 204 | Photograph of Tokyo Airsoft Replica [USAO_001671] | | | |
| 205 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001672] | | 7/14/22 | 7/14/22 |
| 206 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm [USAO_1673] | | 7/13/22 | 7/13/22 |
| 207 | Photograph of Tokyo Airsoft Replica [USAO_1674] | | | |
| 208 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001675] | | | |

16

| | | | | |
|---|---|---|---|---|
| 209 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001676] | | | |
| 210 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm [USAO_001677] | | | |
| 211 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001678] | | | |
| 212 | Photograph of Firearm Magazine [USAO_001679] | | | |
| 213 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm [USAO_001680] | | | |
| 214 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001681] | | | |
| 215 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001682] | | | |
| 216 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001683] | | | |
| 217 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm [USAO_001684] | | | |
| 218 | Photograph of Firearm Magazine [USAO_001685] | | | |
| 219 | Photograph of Tokyo Airsoft Replica [USAO_1686] | | | |
| 220 | Photograph of FN, FNX .45 Caliber Firearm and Magazine [USAO_001687] | | | |

17

| 221 | Photograph of Firearm Magazine<br><br>[USAO_001688] | | |
|-----|---|---|---|
| 222 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001689] | | |
| 223 | Photograph of Serial Number of FN, FNX .45 Caliber Firearm<br><br>[USAO_001690] | | |
| 224 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001691] | | |
| 225 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001692] | | |
| 226 | Photograph of Firearm Magazine<br><br>[USAo_001693] | | |
| 227 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001694] | | |
| 228 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001695] | | |
| 229 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001696] | | |
| 230 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001697] | | |
| 231 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001698] | | |
| 232 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001699] | | |

| | | | | |
|---|---|---|---|---|
| 233 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001700] | | | |
| 234 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001701] | | | |
| 235 | Comparison Photograph of Tokyo Airsoft Replica and FN, FNX .45 Caliber Firearm<br><br>[USAO_001702] | | | |
| 236 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001703] | | | |
| 237 | Photograph of Firearm Magazine<br><br>[USAO_001704] | | | |
| 238 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001705] | | | |
| 239 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001706] | 7/14/22 | 7/14/22 | |
| 240 | Photograph of FN, FNX .45 Caliber Firearm<br><br>[USAO_001707] | | | |
| 241 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001708] | | | |
| 242 | Photograph of FN, FNX .45 Caliber Firearm Purchased by Defense Counsel<br><br>[USAO_001709] | | | |
| 243 | Photograph of Firearm Magazine<br><br>USAO_001710] | | | |
| 244 | Photograph of Tokyo Airsoft Replica<br><br>[USAO_001711] | | | |

| 245 | Photograph of Tokyo Airsoft Replica [USAO_001712] | | |
| 246 | Photograph of FN, FNX .45 Caliber Firearm [USAO_001713] | | |
| 247 | Photograph of Tokyo Airsoft Replica and Magazine [USAO_001714] | | |
| 248 | Photograph of Tokyo Airsoft Replica [USAO_1715] | | |
| 249 | Photograph of Tokyo Airsoft Replica and Magazine [USAO_001716] | | |
| 250 | Report of Icel M. Kuznetsova (for identification only) [USAO_000326-31] | 7/13/22 | 7/13/22 |
| 251 | Report of Jessica Van Dyke (for identification only) [USAO_000332-33] | | |
| 252 | Cell Site Analysis Report of Special Agent Chad Fitzgerald | | |
| 253 | Report of Jessica Van Dyke (for identification only) | | |
| 254 | Defense Counsel's Receipts for Tokyo Airsoft Replica, Firearm Sight, and Gun Lock | 7/14/22 | 7/14/22 |
| 255 | ATF Form 4473 and Receipt for FNX-45 | | |
| 256 | Jim's Firearms Business Records Certification | | |

| | | | | |
|---|---|---|---|---|
| 300 | Instagram Video of Defendant Holding Firearm<br><br>[USAO_00316] | 7/13/22 | 7/13/22 |
| 301 | Still Image of Instagram Video of Defendant Holding Firearm<br><br>[USAO_00317] | 7/13/22 | 7/13/22 |
| 302 | Still Image of Instagram Video of Defendant Holding Firearm<br><br>[USAO_00322] | 7/13/22 | 7/13/22 |
| 303 | Photograph of Defendant Holding Firearm<br><br>[USAO_00318] | 7/13/22 | 7/13/22 |
| 304 | Google Maps Image of Palermo Drive in Baton Rouge, Louisiana<br><br>[USAO_00319] | 7/13/22 | 7/13/22 |
| 305 | Google Maps Image of House on Palermo Drive in Baton Rouge, Louisiana<br><br>[USAO_00321] | 7/13/22 | 7/13/22 |
| 306 | Google Maps Image of House on Palermo Drive in Baton Rouge, Louisiana<br><br>[USAO_00320] | 7/13/22 | 7/13/22 |
| 307 | Photograph of Defendant at Shyne Jewelers Holding Firearm<br><br>[USAO_000323] | 7/13/22 | 7/13/22 |
| 308 | Photograph of Defendant, Defendant's Mother, and Demetrice Coleman | 7/13/22 | 7/13/22 |
| 309 | Photograph of Defendant and Demetrice Coleman | | |
| 311 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 312 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |

| 313 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
|-----|------------------------------------------------------------|---------|---------|
| 314 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 315 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 316 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 317 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 318 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 319 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 320 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 321 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 322 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |
| 323 | Photograph of Defendant at Shyne Jewelers With Firearm | 7/13/22 | 7/13/22 |
| 324 | Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/13/22 | 7/13/22 |

| 325 | Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
|---|---|---|---|
| 326 | Photograph of Defendant at Shyne Jewelers Holding Firearm with "lit" emoji | 7/13/22 | 7/13/22 |
| 327 | Photograph of Defendant at Shyne Jewelers Holding Firearm with heart emoji | 7/13/22 | 7/13/22 |
| 328 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/14/22 | 7/14/22 |
| 329 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 330 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 331 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | | |
| 332 | Metadata of Photograph of Defendant at Shyne Jewelers Holding Firearm | 7/14/22 | 7/14/22 |
| 333 | Photograph of defendant wearing jewelry that was found in car - 1 [Jewelry 1.png] | 7/14/22 | 7/14/22 |
| 334 | Photograph of defendant wearing jewelry that was found in car - 2 [Jewelry 2.png] | 7/14/22 | 7/14/22 |
| 335 | Photograph of defendant wearing jewelry that was found in car - 3 [Jewelry 3.png] | 7/14/22 | 7/14/22 |
| 336 | Photograph of defendant wearing jewelry that was found in car - 4 [Jewelry 4.png] | 7/14/22 | 7/14/22 |

| | | | |
|---|---|---|---|
| 337 | Photograph of defendant wearing jewelry that was found in car - 5<br><br>[Jewelry 5.png] | 7/14/22 | 7/14/22 |
| 338 | Photograph of defendant wearing jewelry that was found in car - 6<br><br>[Jewelry 6.png] | 7/14/22 | 7/14/22 |
| 339 | Photograph of defendant wearing jewelry that was found in car - 7<br><br>[Jewelry 7.png] | 7/14/22 | 7/14/22 |
| 340 | Photograph of defendant wearing jewelry that was found in car - 8<br><br>[Jewelry 8.png] | 7/14/22 | 7/14/22 |
| 341 | Photograph of defendant wearing jewelry that was found in car - 9<br><br>[Jewelry 9.png] | 7/14/22 | 7/14/22 |
| 342 | Still image from Instagram video<br><br>[Stillshot of IG Live Video from Beverly Hilton.png] | 7/12/22 | 7/14/22 |
| 401 | Audio Recording of LAPD Dispatch Channel<br><br>[USAO_001923] | 7/13/22 | 7/13/22 |
| 401A | Audio Recording of LAPD Dispatch Channel with Transcript and Map | | |
| 402 | Audio Recording of LAPD TAC Line<br><br>[USAO_001924] | | |
| 403 | Audio Recording of LAPD TAC Line<br><br>[USAO_001924] | | |
| 404 | Video Recording from Dash Camera of LAPD Officers J. Clodfelter and R. Burke<br><br>[USAO_000377 - 43007@20210322121926.mpg] | 7/12/22 | 7/12/22 |
| 405 | Video Recording From Body-Worn Camera of LAPD Officer Joshua Kniss<br><br>[USAO_000375 - Amigo Ventura B U Req for King Units.mp4] | 7/13/22 | 7/13/22 |

24

| 406 | Video Recording From Body-Worn Camera of LAPD Officer J. Schwab<br><br>[USAO_000372 - Axon_Body_3_Video_2021-03-22 1400.mp4 – 11:15-11:25] | | |
| 407 | Video Recording From Body-Worn Camera of LAPD Officer C. Amador<br><br>[USAO_000372 - Axon_Body_3_Video_2021-03-22 1412.mp4] | | |
| 408 | Video Recording From Body-Worn Camera of LAPD Officer M. Vargas<br><br>[USAO_000372 - Pursuit.mp4 at 3:00-3:45] | | |
| 409 | Video Recording From Body-Worn Camera of LAPD Officer M. Vargas<br><br>[USAO_000372 - Pursuit.mp4 at 4:50-11:20] | 7/13/22 | 7/13/22 |
| 410 | Video Recording From Body-Worn Camera of LAPD Officer D. Smiley<br><br>[USAO_000374 - Backup_Response.mp4] | 7/13/22 | 7/13/22 |
| 411 | Video Recording From Body-Worn Camera of LAPD Officer J. Clodfelter<br><br>[USAO_000375 - Federal_Warrant_FBI_Back_Up.mp4 at 2:50-6:00] | | |
| 412 | Video Recording From Body-Worn Camera of LAPD Officer R. Burke<br><br>[USAO_000375 - Amigo_Ventura_B_U_Req_for_King_Units.mp4 at 2:50-6:00] | 7/12/22 | 7/12/22 |
| 413 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322122013.mpg at 1:30-4:30] | 7/12/22 | 7/12/22 |
| 414 | Video Recording from Dash Camera of LAPD Officers J. Clodfelter and R. Burke<br><br>[USAO_000377 - 43007@20210322121926.mpg at 1:10-5:00] | 7/13/22 | 7/13/22 |
| 415 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 4:45-5:05] | 7/13/22 | 7/13/22 |
| 416 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 9:55-10:13] | 7/13/22 | 7/13/22 |

| | | | | |
|---|---|---|---|---|
| 417 | Video Recording from Dash Camera of LAPD Officer M. Roll<br><br>[USAO_000377 - 41083@20210322141228.mpg at 11:45-12:13] | **7/13/22** | **7/13/22** | |
| 418 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip A of BACKUP_RESPONSE (12.55 to 15.00).mp4] [12:55-15:00] | **7/13/22** | **7/13/22** | |
| 419 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip B of BACKUP_RESPONSE.mp4] [29:15-30:00] | | | |
| 420 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip C of BACKUP_RESPONSE.mp4] [36:20-38:00] | | | |
| 421 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip D of BACKUP_RESPONSE] [39:45-40:15] | | | |
| 422 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip E of BACKUP_RESPONSE.mp4-.mp4] [58:20-1:02:35] | **7/13/22** | **7/13/22** | |
| 423 | Video Recording from Body-Worn Camera of LAPD Officer Dylan Smiley<br><br>[Clip F of BACKUP_RESPONSE.mp4-.mp4] [1:06:00-1:29:00] | **7/13/22** | **7/13/22** | |
| 424 | Video Recording from Body-Worn Camera of LAPD Officer C. Amador<br><br>[Axon Body 3 Video 2021-03-22 1412.mp4] | | | |
| 425 | Excerpt of lyrics from NBA YoungBoy Song "Gunsmoke" | | | |
| 426 | Excerpt of lyrics from NBA YoungBoy Song "Life Support" | | | |
| 427 | Excerpt of lyrics from NBA YoungBoy Song "Lonely Child" | | | |

| 500 | Airsoft Replica of FNX Firearm [physical exhibit] | | |
| 501 | Google Earth Map of Key Locations [KG002] | | |