NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

JULY 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | CASE NUMBER: |
| PLAINTIFF(S) | 2:21-cr-00392-RGK-1 |
| v. | |
| **Kentrell Gaulden** | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint_____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

7/14/22
Date

James P Manasseh
Counsel for: ☐Plaintiff ☒Defendant  Gaulden

Signature

225 927-1234
Telephone Number

7/14/22
Date

Amanda Elbogen
Counsel for: ☒Plaintiff ☐Defendant

Signature

347-675-2870
Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.
DOCUMENTS RETURNED TO GOVT. COUNSEL

Clerk, U.S. District Court

7/15/22
Date

By  s/ J. Remigio
    Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING